PROB 12C  
(6/16)

Report Date: June 9, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frederick Glen Johnson                Case Number: 0980 2:23CR00134-TOR-1

Address of Offender: ███████████  Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, Chief U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 13, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine and Heroin, 21 U.S.C. § 846;18 U.S.C. § 841(b)(1)(B) and Interstate Travel in Aid of Racketeering, 18 U.S.C. § 1952(a)(3), and 18 U.S.C. § 1952(a)(3)(A) | | |
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: | May 24, 2023 |
| Defense Attorney: | Joel Baumann | Date Supervision Expires: | May 23, 2028 |

### PETITIONING THE COURT

To issue a summons.

On May 25, 2023, a supervision intake was completed with Frederick Johnson at the United States Probation Office. His judgment was reviewed with him. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged that Frederick Johnson violated the terms of his supervised release by committing a new law violation, Assault 4th Degree (Domestic Violence, in violation of R.C.W. 9A.36.041 GM, on or about June 1, 2025. |
| | According to incident reports from the Spokane County Sheriff's Office, deputies responded to a reported domestic dispute incident located at Mr. Johnson's residence. The complainant/victim advised deputies that Mr. Johnson grabbed her purse and wrapped it around her arm and that she had bruises and scratch marks on her arm. |

Prob12C
**Re: Johnson, Frederick Glen**
**June 9, 2025**
**Page 2**

A deputy spoke with Mr. Johnson who advised that he and his wife were having marital problems and that he has a new girlfriend. He advised that they were arguing over him having a girlfriend. He reported his wife was standing in the doorway and he was lying in bed when his wife called the police because she was upset over him seeing another woman. Mr. Johnson advised that no assault, property damage or threats occurred during their argument. The deputy did not observe any signs of injury to Mr. Johnson and Mr. Johnson maintained that he never touched her or took her purse. Mr. Johnson was questioned as to why she had bruises and scratches on her arm. He advised that she took antibiotics which caused her to bruise. He further advised that he had applied hydrocortisone cream to her which may have caused her arm to bruise as well. He further advised that she bruises easily because she is a cancer survivor.

The deputy spoke to the victim who advised that they had been arguing over Mr. Johnson consuming alcohol, he had pulled on her purse which caused one of the straps to fall across her left bicep. She advised that Mr. Johnson continued to pull on the purse which left a bruise on her left bicep and a scratch on her left forearm. She advised that Mr. Johnson left after the assault, returned around 10 p.m. for a few minutes to collect some of his things and then left again. He texted her around 1 a.m. asking to come by again for some clothes. He then refused to leave which is when the victim decided to call 911. The deputy observed a purple-colored bruise on her left bicep and an approximately 2-inch long vertical scratch on her left forearm.

Based on the victim sustaining visible injuries in the form of a scratch mark and bruise, which she claimed was from Mr. Johnson continually pulling on her purse after she asked him to stop, probable cause was determined to arrest Mr. Johnson for Assault 4th Degree (Domestic Violence).

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/09/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Johnson, Frederick Glen**
**June 9, 2025**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

June 10, 2025
Date