PROB 12C
(6/16)

Report Date: July 16, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frederick Glen Johnson        Case Number: 0980 2:23CR00134-TOR-1

Address of Offender: ███████████, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 13, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine and Heroin, 21 U.S.C. § 846; 18 U.S.C. § 841(b)(1)(B) and Interstate Travel in Aid of Racketeering, 18 U.S.C. § 1952(a)(3), and 18 U.S.C. § 1952(a)(3)(A) |
| Original Sentence: | Prison - 120 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| | Date Supervision Commenced: May 24, 2023 |
| Defense Attorney: | Adrien Fox |
| | Date Supervision Expires: May 23, 2028 |

### PETITIONING THE COURT

On May 25, 2023, a supervision intake was completed with Frederick Johnson at the United States Probation Office. His judgment was reviewed with him. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 3**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supercedes standard condition number 7 with respect to alcohol consumption only. |
| | **Supporting Evidence**: It is alleged that Frederick Johnson violated the terms of his supervised release by consuming alcohol, on or about June 30, 2025. |
| | On July 1, 2025, Mr. Johnson reported to the U.S. Probation Office for the purposes of a random urinalysis, following his initial appearance before a U.S. Magistrate Judge. |
| | Mr. Johnson submitted a urine specimen which tested presumptive positive for alcohol, but denied use. The sample was sent to the lab for further testing. On July 9, 2025, the undersigned officer was notified by New Horizon Care Centers (NHCC) that Mr. Johnson self-reported to their agency for a substance abuse assessment. Mr. Johnson had disclosed |

Prob12C
**Re: Johnson, Frederick Glen**
**July 16, 2025**
**Page 2**

to NHCC that he had consumed alcohol on June 30, 2025, and did not want his use to get out of control.

Mr. Johnson was contacted. He initially maintained that he did not consume alcohol and only sought out the assessment because he was thinking about consuming alcohol. Upon further discussion, he ultimately admitted to consuming alcohol on June 30, 2025. He indicated it scared him that he so easily chose to consume alcohol versus reaching out to his support system that he thought it was best to seek substance abuse treatment services.

On July 15, 2025, Mr. Johnson reported to the U.S. Probation Office and signed a drug use admission form, admitting to the consumption of alcohol on June 30, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/16/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other: *The Revocation Hearing scheduled for 8/6/2025 remains set.*

Thomas O. Rice
United States District Judge

July 16, 2025
Date